1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    STANLEY EDWARDS,                          Case No.  22-cv-01871-WHO
                    Plaintiff,
8                                              **ORDER TO SHOW CAUSE RE:**
9         v.                                   **DISMISSAL, SANCTIONS**
10   FCA US LLC,
                    Defendant.
11
12
13        At the Case Management Conference on October 18, 2023, the parties represented that this
14   action had settled, except for a dispute over attorney's fees.  Dkt. No. 46.  I ordered that plaintiff
15   file a motion for attorney's fees or a notice indicating that the matter had been fully resolved and
16   should be dismissed within 30 days.  *Id.*  That deadline has passed and no papers have been filed.
17        The parties are ORDERED TO SHOW CAUSE no later than December 6, 2023, why this
18   case should not be dismissed with prejudice and sanctions imposed for non-compliance with my
19   order on October 18, 2023.  Alternatively, plaintiff may either file a motion for fees and an
20   accompanying declaration explaining his non-compliance with my order or a notice of dismissal
21   with prejudice.
22        **IT IS SO ORDERED.**
23   Dated: November 29, 2023
24
25                                             _____
                                               William H. Orrick
26                                             United States District Judge
27
28

United States District Court
Northern District of California