# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY EDWARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC.; and DOES 1 through 10, inclusive<br><br>　　　　Defendant. | Case No.: 3:22-cv-01871-WHO<br><br>Hon. William H. Orrick<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL** |

## **ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL**

　　Upon the Request of the Plaintiff to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

　　It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date: _October 21, 2024	_____

　　　　　　　　　　　　　　　　Hon. William H. Orrick
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

i
**PLAINTIFF'S REQUEST FOR DISMISSAL**